THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH L. SHELDON, Appellant.— Judgment of conviction and order of the County Court of Nassau county reversed upon the law and the facts and a new trial ordered because of error in the court's charge at folios 440, 441 and 454–456. Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ., concur.

HARRY A. ROBERTSON, Appellant, v. JEWELERS PUBLISHING CORPORATION, Respondent.— Order on reargument reversed on the law and the facts, with ten dollars costs and disbursements, motion to restore the action granted, with ten dollars costs, and the action restored to the day trial calendar of the court for a trial of all the issues before the court and a jury. It is conceded by counsel for both parties that there are few material controverted facts. The issues involved, therefore, are largely questions of law. If the contract relied upon by the plaintiff be established, the computation of the amount due does not involve the examination of a long account. If it appear upon the trial that a long and complicated account is involved, making determination thereof by a jury difficult, it will then be the proper time to apply for a reference. Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ., concur.

ROSLYN CONSTRUCTION CO., INC., Respondent, v. THOMAS J. SHAW and MAY A. SHAW, Appellants.— Judgment modified by reducing the amount found due the plaintiff to $7,500, with interest from April 21, 1927, and as so modified unanimously affirmed, with costs to the appellants. We are of the opinion that defendants are entitled to a credit in this action of $1,000, the amount of the check for that amount dated April 20, 1927. We think also that, according to the testimony, $4,000 should be taken as the cost of finishing the contract and not $3,500, which results in the further reduction of $500 in the judgment. Findings of fact and conclusions of law inconsistent herewith are reversed and new findings and conclusions will be made. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ. Settle order on notice.

CHRISTIAN B. ROSSMAN, Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ.

LOUIS H. SCHWARTZ, Respondent, v. LORETTA M. RYAN, Formerly Known as LORETTA M. BERGEN, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ.

JEANNE D. STEDMAN, Appellant, v. WINIFRED V. UNDERHILL, Respondent. (Action No. 1.) — Order in so far as it denies motion to strike out certain defenses and a counterclaim reversed on the law, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, to the extent of striking out the first defense and counterclaim. In all other respects the order is affirmed, without costs. The first defense and counterclaim are insufficient in law. Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ., concur.

JEANNE D. STEDMAN, Appellant, v. WINIFRED V. UNDERHILL, Respondent. (Action No. 2.) — Order in so far as it denies motion to strike out certain defenses and a counterclaim reversed on the law, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, to the extent of striking out the first